UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Priscilla Santos Cortez, <br><br>           Plaintiff, <br><br> vs. <br><br> Merscorp Holdings Inc., <br><br>           Defendant. | Lead Case No.: 2:14-cv-01048-GMN-NJK <br><br> Member Case No.: 2:15-cv-01085- GMN-NJK <br><br> **ORDER** |
| Priscilla Santos Cortez, <br><br>           Plaintiff, <br><br> vs. <br><br> Nationstar Mortgage, LLC, et al. <br><br>           Defendants. | Case No.: 2:15-cv-01085- GMN-NJK |

Pending before the Court are Defendants' Motion to Consolidate Related Cases (ECF No. 24) filed in Case No. 2:14-cv-01048-GMN-NJK, *Priscilla Santos Cortez v. Merscorp Holdings, Inc.,* and (ECF No. 6) filed in Case No. 2:15-cv-01085-RFB-PAL, *Priscilla Santos Cortez v. Nationstar Mortgage, Inc., et al.*

In the interest of judicial economy and familiarity, the presiding District Judges in each of these actions have preliminarily determined that these cases are related and transfer of Case No. 2:15-cv-01085-RFB-PAL, *Priscilla Santos Cortez v. Nationstar Mortgage, Inc., et al.* to Gloria M. Navarro, Chief Judge, is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer Case No. 2:15-cv-01085-RFB-PAL, *Priscilla Santos Cortez v. Nationstar Mortgage, Inc., et al.* to Gloria M. Navarro, Chief Judge, and **all future pleadings shall bear the following Case No.: 2:15-cv-01085-GMN-NJK.**

**IT IS FURTHER ORDERED** that Defendants' Motions to Consolidate Related Cases in both actions shall be held in abeyance pending the hearing and outcome on the same.

**IT IS FURTHER ORDERED** that a hearing on Defendants' Motion to Consolidate Related Cases (ECF No. 24) filed in Case No. **2:14-cv-01048-GMN-NJK**, *Priscilla Santos Cortez v. Merscorp Holdings, Inc.,* and (ECF No. 6) filed in Case No. **2:15-cv-01085-GMN-NJK (the transferred case)**, *Priscilla Santos Cortez v. Nationstar Mortgage, Inc., et al.* is hereby set for **Tuesday, July 21, 2015, at the hour of 1:00 p.m. in Courtroom 7D,** before the Honorable Gloria M. Navarro, Chief Judge, United States District Court.

**DATED** this 7th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court